```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```
UNITED STATES OF AMERICA,

        Plaintiff,

  -v-

ONE 2003 NISSAN MURANO              06-CV-00468A
VIN: JN8AZ08W33W200881,
SILVER IN COLOR, TITLED AND
REGISTERED TO ANDREA DAWSON,

        Defendant.

## AMENDED ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Amended Stipulation and Settlement executed and dated on January 22, 2007, in the above captioned litigation and after careful review and due deliberation, it is hereby

**ORDERED**, that the defendant vehicle shall be sold by Nissan in Milton, Ontario, Canada in an economically and feasible manner in accordance with the terms of the Amended Stipulation and Settlement; and it is further

**ORDERED**, that out of the sales proceeds from the sale of the defendant vehicle paid in accordance to the terms contained within the Amended Stipulation and Settlement, Nissan shall pay the balance of the sales proceeds by remitting by certified funds in United States dollars payable to the United States Marshals Service, and said sum is to be forfeited to the United States pursuant to Title 49, United States Code, Section 80803 and

Title 22, United States Code, Section 401 and disposed of according to law; and it is further

**ORDERED**, that after the sale of the defendant vehicle the parties shall make an accounting to the Court of the sale proceeds, payments and dollar amount forfeited;

**ORDERED**, that all claims and interest in said property are forever forfeited, closed, and barred; and it is further

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees, costs, expenses and interest, except that this Court shall retain jurisdiction over any dispute concerning a breach of this agreement.

IT IS SO ORDERED.

                                        /s/ *Richard J. Arcara*
                                HONORABLE RICHARD J. ARCARA
                                CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

DATED: January 23, 2007